## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., ) | **05 11592 REK** |
| ) | |
| Plaintiff, ) | RECEIPT # 65930 |
| ) | AMOUNT $ 250.x |
| v. ) | Civil Action No. SUMMONS ISSUED 1 |
| ) | LOCAL RULE 4.1 |
| WENDY HUTCHINSON d/b/a ) | WAIVER FORM |
| IN THE FRENCH MANOR a/k/a, ) | MCF ISSUED |
| FRENCH RUGS, ) | BY DPTY. CLK. M P |
| Defendant. ) | DATE 7/29/2005 |
| ) | |

### COMPLAINT

MAGISTRATE JUDGE RBC

This is an action for infringement of copyright in four original carpet designs

owned and sold by plaintiff Asmara, Inc. ("Asmara") and for trademark infringement in

violation of plaintiff's federal and state law rights. Asmara hereby complains of

defendant as follows:

### Parties

1. Asmara is a Massachusetts corporation having its principal place of business

at 88 Black Falcon Avenue, Boston, MA 02210. It is engaged in the business of

designing, manufacturing, importing and selling fine carpets, many of which embody

original and proprietary designs. Asmara is the copyright owner of the works at issue

and the owner of the trademarks at issue in this action.

2. Defendant Wendy Hutchinson d/b/a In the French Manor a/k/a French Rugs

("Hutchinson") is, according to plaintiff's information and belief, a citizen of the State of

Massachusetts and has an address at 14a North Meadows Road #177, Medfield, MA

02052. She is engaged in the business of manufacturing, importing, and/or selling

carpets. At least a portion of said carpets are sold through the online auction service known as e-Bay, www.ebay.com ("e-Bay").

## Jurisdiction and Venue

3. This Court has jurisdiction over the subject matter of this Complaint under 28 U.S.C. § 1338(a).

4. This Court has jurisdiction over Hutchinson because she resides in this district, routinely sells and ships merchandise into the Commonwealth of Massachusetts, and otherwise routinely conducts business in the Commonwealth of Massachusetts.

5. Venue is appropriate in this Court under 28 U.S.C.§1400(a).

## Causes of Action

6. Defendant operates two separate businesses. In one, she sells carpets through e-Bay; in the other, she sells carpets over the Internet through her own website. Her e-Bay business goes by the name "French Rugs," and on the Internet she does business under the name "In the French Manor." In both businesses she infringes Asmara's copyrights; in her e-Bay business she also infringes Asmara's trademarks.

## Count I

## Copyright Infringement of "Rosecliff" Design

7. In 1993, plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with an anonymous freelance artist. A portion of the design was inspired from a Nineteenth Century French carpet design, but the rest of the design was an original creation. Asmara gave the name "Rosecliff" to this new carpet design, and caused copies of it to be manufactured for sale. The first "Rosecliff" carpet

2

was sold on or about February 28, 1994. A photographic depiction of the "Rosecliff" design is attached hereto as Exhibit A.

8.   The freelance artist has assigned all rights in the design to Asmara and Asmara subsequently caused copyright in the "Rosecliff" design to be registered in the United States Copyright Office on or about January 15, 2003. A copy of its Certificate of Registration, No. VA 1-172-182, is attached hereto as Exhibit B.

9.   Defendant Hutchinson has been importing and selling knockoff copies of Asmara's "Rosecliff" carpet. She has been doing so without authorization from Asmara.

10. Asmara first learned of Hutchinson's unauthorized carpet in August 2004 when it saw a photo of the carpet posted for sale on e-Bay. A printout of the posting from e-Bay's website, made a few days before the filing of this Complaint, is attached hereto as Exhibit C.

11. The posting lists the seller as "luxury design" and the store as "French Rugs."

12. In the posting, defendant sells her knockoffs as Asmara "Rosecliff" carpets. *See* Exhibit C.

13. Defendant sells the same knockoff on her own website, www.inthefrenchmanor.com, but there the product is not identified as an Asmara product and the name given to it is "Ferns and Roses." See attached Exhibit D.

14. Defendant's actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Rosecliff" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

3

15. Defendant sells her knockoffs of the "Rosecliff" design at a substantially lower price than Asmara asks for its genuine "Rosecliff" carpets.

16. Based on the above information and its knowledge of the rug trade, Asmara believes that

    a. Defendant's unlawful sales of her infringing copies of the "Rosecliff" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Rosecliff" carpets, and

    b. Defendant's unlawful sales have garnered substantial profits to which defendant is not entitled.

## Count II

### Copyright Infringement of "Carlise" Design

17. In 1993 plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with freelance artist Elizabeth Moisan ("Moisan"). Since June of 1995, Asmara has sold carpets of this design under the name "Carlise." A photographic copy of a "Carlise" carpet is attached hereto as Exhibit E.

18. Asmara caused its copyright in the "Carlise" design to be registered in the United States Copyright Office on or about May 24, 1999. A copy of its Certificate of Registration, No. VA 981-825, is attached hereto as Exhibit F.

19. Defendant Hutchinson has been importing and selling knockoff copies of Asmara's "Carlise" carpet. She has been doing so without authorization from Asmara.

20. Asmara first learned of Hutchinson's unauthorized carpet in August 2004 when it saw a photo of the carpet posted for sale on e-Bay. A printout of the posting

4

from e-Bay's website, made a few days before the filing of this Complaint, is attached
hereto as Exhibit G.

21. The posting lists the seller as "luxury design" and the store as "French Rugs."

22. In the posting, defendant sells her knockoffs as Asmara "Carlise" carpets. *See*
Exhibit G.

23. Defendant's actions in importing and selling these unauthorized carpets
constitute infringement of Asmara's copyright in the "Carlise" design, in willful violation
of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C.
§§106 and 602.

24. Defendant sells her knockoffs of the "Carlise" design at a substantially lower
price than Asmara asks for its genuine "Carlise" carpets.

25. Based on the above information and its knowledge of the rug trade, Asmara
believes that

a. Defendant's unlawful sales of her infringing copies of the "Carlise" design
   have deprived Asmara of substantial income that it would otherwise have
   obtained from selling its "Carlise" carpets, and

b. Defendant's unlawful sales have garnered substantial profits to which
   defendant is not entitled.

## Count III
## Infringement of "Ferncroft" Design

26. In 1994, plaintiff Asmara caused a new carpet design to be created by
freelance designer Moisan, in close consultation with Asmara's President Abid Ilahi. The
design consists of a geometric border, loosely inspired by the iron grillwork at the Bronx

5

Botanical Garden Conservatory, and inside the border, large curling ferns of different types, intermingled with trailing vines. A photographic image of this design, which Asmara sells under the name "Ferncroft," is attached hereto as Exhibit H.

27. The first "Ferncroft" carpet was sold on or about October 18, 1995.

28. Asmara obtained an assignment of Moisan's copyright in the Ferncroft design, and subsequently caused copyright in the Ferncroft design to be registered in the United States Copyright Office on or about May 24, 1999. A copy of its Certificate of Registration, No. VA 981-828, is attached hereto as Exhibit I.

29. Defendant Hutchinson has been importing and selling knockoff copies of Asmara's "Ferncroft" carpet. She has been doing so without authorization from Asmara.

30. Asmara first learned of Hutchinson's unauthorized carpet in August 2004 when it saw a photo of the carpet posted for sale on e-Bay. A printout of the posting from e-Bay's website, made a few days before the filing of this Complaint, is attached hereto as Exhibit J.

31. The posting lists the seller as "luxury design" and the store as "French Rugs."

32. In the posting, defendant sells her knockoffs as Asmara "Ferncroft" carpets. *See* Exhibit J.

33. Defendant sells the same knockoff on her own website, www.inthefrenchmanor.com, but there the product is not identified as an Asmara product and the name given to it is "Ivory with Ferns." See attached Exhibit K.

34. Defendant's actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "Ferncroft" design, in willful

6

violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

35. Defendant sell her knockoffs of the "Ferncroft" design at a substantially lower price than Asmara asks for its genuine "Ferncroft" carpets.

36. Based on the above information and its knowledge of the rug trade, Asmara believes that

    a. Defendant's unlawful sales of her infringing copies of the "Ferncroft" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "Ferncroft" carpets, and

    b. Defendant's unlawful sales have garnered substantial profits to which defendant is not entitled.

## Count IV

## Infringement of "1723BG" Design

37. In 1994, plaintiff Asmara caused a new carpet design to be created by its President Abid Ilahi in collaboration with a free-lance artist. Asmara designated it as simply "Design #1723BG" and caused a limited number of copies of it to be manufactured, but decided not to produce any more. A photographic reproduction of the "1723BG" design is attached hereto as Exhibit L.

38. The freelance artist assigned all rights in the design to Asmara and Asmara subsequently caused copyright in the 1723BG design to be registered in the United States Copyright Office on or about January 15, 2003. A copy of its Certificate of Registration, No. VAu 569-871, is attached hereto as Exhibit M.

7

39. Defendant has been importing and selling knockoff copies of Asmara's "1723BG" carpet that include its field design. It has been doing so without authorization from Asmara.

40. Asmara first learned of Hutchinson's unauthorized carpet in July 2005 when it saw a photo of the carpet posted on her website, www.inthefrenchmanor.com. There the product is not identified as an Asmara product and the name given to it is "Butterfly Bamboo." See attached Exhibit N.

41. Defendant's actions in importing and selling these unauthorized carpets constitute infringement of Asmara's copyright in the "1723BG" design, in willful violation of Asmara's rights under the copyright laws of the United States, specifically 17 U.S.C. §§106 and 602.

42. Defendant sells her knockoffs of the "1723BG" design at a substantially lower price than Asmara asks for its genuine "1723BG" carpets.

43. Based on the above information and its knowledge of the rug trade, Asmara believes that

   a. Defendant's unlawful sales of her infringing copies of the "1723BG" design have deprived Asmara of substantial income that it would otherwise have obtained from selling its "1723BG" carpets, and

   b. Defendant's unlawful sales have garnered substantial profits to which defendant is not entitled.

8

## COUNTS V – VIII

### Trademark Infringement in Violation of Federal Law

44. Plaintiff has been in the business of designing, manufacturing, importing and selling fine carpets for over twenty years. It has done so throughout the United States under the name Asmara since 1981, and thus has acquired nationwide exclusive rights to the ASMARA trademark throughout the United States.

45. As a result of Plaintiff's marketing, sales and reputation in the carpet industry, the mark has become famous within the high end rug trade throughout the United States and abroad. Asmara has a reputation for being the exclusive seller of its copyrighted designs, and this exclusivity and related quality control are important factors in Asmara's high standing in the carpet and interior design industries.

46. Asmara sells unique copyrighted designs under similarly unique design names that are well known in the carpet and interior design industry. Among its design names are "Carlise," "Ferncroft" and "Rosecliff," (the "Product Marks").

47. Asmara has acquired exclusive rights to the Product Marks throughout the United States.

48. Defendant has been importing and selling her knockoff copies of Asmara's carpet designs using the name "Asmara" and thereby deliberately misleading the consuming public to believe that defendant sells Asmara carpets. Defendant has been doing so without authorization from Asmara.

49. In addition, Defendant has been selling infringing carpets using Asmara's Product Marks, also without authorization.

50. Asmara first learned of Defendant's unauthorized use of its trademarks in August 2004 when it saw photos of its carpet designs posted for sale on e-Bay as "Asmara" rugs, using Asmara's Product Marks. *See* Exhibits C, G and J.

51. Defendant's use of Plaintiff's trademarks has caused consumer confusion or mistake, and has deceived customers into purchasing Defendant's carpets thinking they were purchasing Asmara carpets at a substantial discount.

52. Defendant's sales of "Asmara" carpets has caused, and unless enjoined will continue to cause, irreparable harm to Plaintiff and a substantial loss of sales.

53. Defendant has advertised and sold her "Asmara" carpets in a deliberate attempt to trade upon the goodwill and fame of Plaintiff's ASMARA mark, and its Product Marks.

54. Defendant's unauthorized advertising and sale of her infringing carpets using the "Asmara" name and Product Marks infringes plaintiff's exclusive rights in those marks, in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125.

## COUNTS IX - XII

### Trademark Infringement in Violation of State Law

55. Defendant's unauthorized advertising and sale of her infringing carpets using the "Asmara" name and Product Marks infringes plaintiff's exclusive rights in those marks, in violation of M.G.L. c. 110B §1, et seq. and the cognate laws of the several states.

10

UPON THE BASIS OF THE FOREGOING, Asmara prays that this Honorable Court:

A.  Issue a preliminary order enjoining defendant, and all those acting in concert with her or who have obtained copies of defendant's infringing carpets for resale, from (1) all further manufacture, importation, advertising and distribution of such carpets, during the pendency of this litigation; and (2) selling any product under the name ASMARA or any Product Mark or any other name sufficiently similar to any trademark of plaintiff as to cause confusion or mistake, or to deceive;

B.  Issue an order permanently enjoining defendant, and all those acting in concert with her or who have obtained copies of defendant's infringing carpets for resale, from (1) all further manufacture, importation, advertising and distribution of such carpets, during the pendency of this litigation; and (2) selling any product under the name ASMARA or any Product Mark or any other name sufficiently similar to any trademark of plaintiff as to cause confusion or mistake, or to deceive;

C.  Award Asmara all of its direct and consequential damages arising from defendant's infringement and contributory infringement of copyrights and trademarks.

D.  Award Asmara an accounting of defendant's profits from infringement and of the profits of those to whose infringement defendant has contributed.

E.  Award Asmara its reasonable attorneys' fees, costs of suit and interest.

F.  Award Asmara such other and further relief as the Court deems just and proper.


PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

ASMARA, INC.

By its attorneys,

7-28-05
Date

William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO#657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

WSS/Asmara/French Rugs/Complaint

12



Asmara™, Inc.

**"Rosecliff" – Needlepoint Design 2071CG**
Inspired by a 19th Century Aubusson.  A muted ivory ground is the backdrop for creeping rose
bushes, ferns and wild daisies.  Sizes: 4'x6', 6'x9', 8'x10', 9'x12', 10'x14',
11'x16', 12'x18', 14'x20'.  Custom sizes available.




E

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**OFFICIAL SEAL**

# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-172-182**



EFFECTIVE DATE OF REGISTRATION

Jan 15 2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
"Rosecliff" -- Design No. 2071CG and "Rosemont" -- Design No. 5110CG

**NATURE OF THIS WORK ▼** See instructions
Carpet design

**Previous or Alternative Titles ▼**
Design No. 4071; Floral with Roses

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
Anonymous

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☑ Yes ☐ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**Name of Author ▼**
Asmara, Inc.

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
1993
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February     Day 28     Year 1994
USA     Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Asmara, Inc.
88 Black Falcon Avenue, Suite 188
Boston, MA 02210

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**APPLICATION RECEIVED**
Feb 6 2003
**ONE DEPOSIT RECEIVED**
Jan 15 2003
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of     pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   Nineteenth Century French carpet design.

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Changes to public domain design.  Selection of new colors for placement in design details.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                              **Account Number ▼**

Cleary & Komen, LLP                          DA: 74497

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Edwin Komen, Cleary & Komen, LLP
600 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003-4344

Area code and daytime telephone number   ( 202 ) 675-4700        Fax number   ( 202 ) 675-4716

Email   ekomen@cleary-komen.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Asmara, Inc.__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Edwin Komen                                          Date  1/14/97

**Handwritten signature (X) ▼**

X

| Certificate will be mailed in window envelope to this address: | **Name ▼** Cleary & Komen, LLP |
| | **Number/Street/Apt ▼** 600 Pennsylvania Avenue, S.E., Suite 200 |
| | **City/State/ZIP ▼** Washington, D.C. 20003-4344 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20.021



| Browse | Search | Sell | My eBay | Community | Powered By IBM |
|--------|--------|------|---------|-----------|-----------------|

← Back to list of items      Listed in category: Antiques > Rugs, Carpets > Larger than 9x12

## ASMARA ROSECLIFF NEEDLEPOINT RUG 9 x 12
**Retails for $11,000. Top quality. Gorgeous pattern.**

Item number: 3743148331

Bidder or seller of this item? Sign in for your status

· **Watch this item** in My eBay



↓ Go to larger picture

| | |
|---|---|
| Current bid: | **US $9.00** (Reserve not met) |
| | Place Bid > |
| Time left: | **5 days 6 hours** 7-day listing Ends Aug-25-04 19:31:03 PDT Add to Calendar |
| Start time: | Aug-18-04 19:31:03 PDT |
| History: | 1 bid  (US $9.00 starting bid) |
| High bidder: | User ID kept private |

=Buy it Now  Price:  **US $3,600.00**

Buy It Now >

| | |
|---|---|
| Item location: | USA United States |
| Ships to: | United States, Canada |

↓ Shipping and payment details

**Seller information**

luxurydesign  ( 1882 ⭐ )

Power Seller

Feedback Score: 1882
**Positive Feedback: 99.6%**
Member since Feb-03-99 in United States

Read feedback comments
Ask seller a question
View seller's other items
**Visit this seller's eBay Store!**
‹stores› **FRENCH RUGS**

Safe Buying Tips

## Description (revised)

*Item Specifics - Rugs*

| | | | | |
|---|---|---|---|---|
| Age: | **2000-Now** | | Background Color: | **Greens** |
| Shape: | **Rectangle** | | Material: | **Wool** |
| Size: | **9' x 12'** | | Condition: | **New** |
| Style: | **Floral** | | | |

# ASMARA ROSECLIFF NEEDLEPOINT RUG







Our imported needlepoint rugs are completely hand stit
from 100% wool yarn on a cotton foundation. Delicate y
durable, a needlepoint rug will last for many years with
care. A work of art in every sense, needlepoint rugs inst
add beauty and warmth to a room.

Taupe/ivory ground, peach, green, light blue, soft
and cocoa. You will recognize the beautiful rug as

Rosecliff [by Asmara].

Bid with confidence. I have been selling on ebay s
1999. I am proud to be designated an EBAY POWE
SELLER. My goal is to make this a smooth transact

Previous buyers have been complimentary:

" GREAT Rug! Good service. Wonderful value!!"...

"Shopped high end stores-this rug best I've seen,
beautiful design"....

"A+ service! A pleasure to do business with her. "

"Arrived the next day! A beautiful rug. Thanks so
much!!!!! ".


SHIPPING COST AND TERMS: Winning bidder pays a
fee of 95.00 for insured shipping to any continent
address/zipcode. Payment is due within 3 days of
end of the auction or the item may be relisted wit
notice. Buyer may also Fedex or ExpressMail a mo
order or personal check but it must be received w
the 3 day time limit or the sale is void.

**Your bid confirms that you have read this auction entirety and you agree to its terms. If you have tr find an Aubusson Weave or needlepoint at your lo store, chances are you were disappointed by the l selection and price structure [$100 per sq foot an Most rugs that I list on eBay are available made to and can be listed just for you in standard sizes fro 9 to 12 X 18 [needlepoint or aubusson weave]. In there are over 400 patterns to choose from! See r eBay store listings for custom made rugs and furth details. Feel free to email or call Monday-Saturda 5pm [603]560-0053 with questions about any listi**

Pay for this auction online with the BidPay <sup>SM</sup> service.



Unlimited FREE image hosting (including supersized) with Vendio Sales Manager.



**Listing automation and FREE scheduled listings by Vendio. FREE TRI**

This auction has been viewed **109** times.

Free counters provided by Vendio



**Category:** All C... > Antiques > **Rugs, Carpets** > Select Category

**$8000 RED FRENCH AUBUSSON WEAVE RUG 8 x 10 NEW**

**Current Bid:** $10.49 **Ending:** 2d, 4h **Bids:** 2

Click here to see all of my other listings

venɒio

**Increase sales by 18% and double your hits - Vendio Gallery**





Check the **Products page** for more more images and details of the following ru
Afrique, Antique Reproduction 100% silk front Aubusson Weave pillow, Antiqu
Reproduction Aubusson Weave pillow, Aubusson Blue, Aubusson Jardin, Avignon,
de Ciel, Brie, Brigitte, Brittany, Butterfly Bamboo, Cabbage Rose, Cachet, Caran
Champagne, Chantilly, Charles, Cherubs Aubusson, Claire, Country French har
stitched needlepoint pillow, Darcy, Dijon, Empire Red, Ferns and Roses, Fleurs Rα
Framboise, Green Tapestry, Ivory Ferns, Ivory with Ferns, Jacqueline, Lizette, Ma
Margot, Marie., Nancy, Our best selling petitpoint needlepoint pillow, Papillon, F
French Floral Pillow, Poires, Rouge, Royal Blue, St. Germain, The Drake, Tissage I
Toile, Tropical, Versailles, Vieux Français, Woodland Rabbit



© Asmara™, Inc.

**"Carlise" – Needlepoint Design 2134Y**

English wild flowers in wedgwood blue, lavender, raspberry and butterscotch lie upon a
cream and ivory damask ground.  Sizes: 3'x5', 4'x6', 6'x9', 8'x10', 9'x12',
10'x14', 11'x16', 12'x18', 14'x20'.  Custom sizes available.



# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

VA 981-825

EFFECTIVE DATE OF REGISTRATION

5    24    99
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

2134Y "Carlise"

**NATURE OF THIS WORK ▼** See Instructions

Carpet Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
1721Y "Damask with Step Border"

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

## 2

**a**  **NAME OF AUTHOR ▼**
Elizabeth Moisan

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 12    Year ▶ 1995
USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
451 D Street
Boston, Ma. 02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

**APPLICATION RECEIVED**
MAY 24 1999
**ONE DEPOSIT RECEIVED**
MAY 24 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    **DO NOT WRITE HERE**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
M. Abid Ilahi
Asmara, Inc.
451 D Street
Boston, Ma. 02210
                              Area Code and Telephone Number ▶ 617-261-0222

Be sure to
give your
daytime phone
◄ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Asmara, Inc.___
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
M. Abid Ilahi                                   Date ▶ May 16, 1999

☞ Handwritten signature (X) ▼

**Mail**
**certificate**
**to:**

Certificate
will be
mailed in
window
envelope

Name ▼
M. Abid Ilahi  C/O Asmara, Inc.

Number/Street/Apt ▼
451 D Street

City/State/ZIP ▼
Boston, Ma. 02210

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-387-237/41

.



home | pay | register | sign in | services | site map | help

| Browse | Search | Sell | My eBay | Community | Powered By IBM |
|--------|--------|------|---------|-----------|----------------|

← Back to list of items    Listed in category: Antiques > Rugs, Carpets > Other

## ASMARA CARLISLE NEEDLEPOINT RUG 10 X 14    Item number: 3735090768

**Buyer or seller of this item?** Sign in for your status    · **Watch this item** in My eBay

*Buy It Now* Price:    **US $3,500.00**

Buy It Now >

Item location:    usa
                  United States

Ships to:    United States,
             Canada

↓ Shipping and payment details

### Seller information

luxurydesign  ( 1884 ⭐ )

Power Seller

Feedback Score: 1884
**Positive Feedback: 99.6%**
Member since Feb-03-99 in
United States

Read feedback comments

Ask seller a question

View seller's other items

**Visit this seller's eBay Store!**

stores **FRENCH RUGS**

**PayPal Buyer Protection**
Free coverage up to
$500.
See eligibility

## Description

*Item Specifics - Rugs*

| | |
|---|---|
| Age: | **2000-Now** |
| Shape: | **Rectangle** |
| Size: | **10' x 14'** |
| Style: | **Floral** |

| | |
|---|---|
| Background Color: | **Tan, Beige** |
| Material: | **Wool** |
| Condition: | **New** |





**Reliable image hosting provided by Vendio. Unlimited images for $12.95.**

I receive so many emails from eBayers who just can't find the rug th
Or, they find the right color and pattern aubusson or needlepoint but
is 75-100 dollars per square foot. Now, you can purchase that top qu
for less than a designer price.

This listing is for a custom-made-for-you needlepoint rug. Hand stitc
100% wool on cotton. Needlepoints are frequently featured in lay
Architectural Digest and House Beautiful. A work of art in every s
will last a lifetime.

Colors include: rose, blue, olive and cream. The size for this listing
14 [but it can be ordered in any size from 6 x 9 to 10 x 14]. Please

months for this to arrive since the rug itself will take almost 2 mo
make! If you cannot wait the 3 months it will take to arrive, please
bid. Remember, you are getting top quality for a fraction of its v

One half of the price is due immediately [within 7 days] and the bala
paid when the rug is in my possession and ready to be shipped to yo
The price includes insured shipping to any continental USA address
other worldwide location, additional shipping charges may ap

Payment methods: personal check or money order. Buy with confi
have been on eBay since 1999. Please email or call Monday-Satur
5pm [603]560-0053 with any questions about this listing.



Powered by eBay Turbo Lister

PALE BLUE SH@BBY CHIC AUBUSSON WEAVE RUG 10 X 14
Current Bid: $1,225.00  Ending: 12 h, 40m  Bids: 9
Click here to see all of my other listings
Sell more with every listing. Get Vendio Gallery for only $2.95

00369
FREE Counters and Services from Andale



## See More Great Items From This Seller








| PINK & GREEN ROSECLIFF NEEDLEPOINT RUG 9 x 12 | ASMARA ROSECLIFF NEEDLEPOINT RUG 9 x 12 | PALE IVORY PINK & BLUE NEEDLEPOINT RUG 8 X 10 | BLUE PINK CREAM MIXED STITCH NEEDLEPOINT RUG 9 X 12 |
|---|---|---|---|
| US $1,450.00 | US $3,600.00 | US $305.00 | US $305.00 |
| Buy It Now | Buy It Now | Bid Now! | Bid Now! |

**Visit this seller's eBay Store** 

## Shipping and payment details

Shipping and handling:  Check item description and payment
instructions or contact seller for details.

Will ship to United States, Canada

## Payment methods accepted



- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
Learn about payment methods.

## Ready to buy?                                              help
ASMARA CARLISLE NEEDLEPOINT RUG 10 X 14

Buy It Now price:  **US $3,500.00**

Buy It Now >   You will confirm in the next step.

Purchase this item now without bidding.
Learn about Buy It Now.

## What else can you do?

← Back to list of items  |  Ask seller a question  |  Email this item to a friend  |  Printer friendly page  | ↑
Top of page

Seller assumes all responsibility for listing this item. .



© Asmara™, Inc.

**"Ferncroft" – Needlepoint Design 2107BG**

A linear border inspired by the Bronx Botanical Garden Conservatory surrounds a field of bold
ferns in forest and true greens on an ivory ground. Sizes: 4'x6', 6'x9', 8'x10',
9'x12', 10'x14', 11'x16', 12'x18'. Custom sizes available.



# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

## FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE



VA 981-828

EFFECTIVE DATE OF REGISTRATION

5    24    99
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**
2107BG "Ferncroft"

**NATURE OF THIS WORK ▼ See instructions**
Carpet Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
"Fern Rug"

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Elizabeth Moisan

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀Year in all cases.
1994

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ October     Day▶ 18     Year▶ 1995
USA     ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Asmara, Inc.
451 D Street
Boston, Ma. 02210

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

**APPLICATION RECEIVED**
MAY 24 1999
**ONE DEPOSIT RECEIVED**
MAY 24 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶

DO NOT WRITE HERE

EXAMINED BY ☑    FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**    **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**    **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

M. Abid Ilahi

Asmara, Inc.
451 D Street
Boston, Ma. 02210

Area Code and Telephone Number ▶ 617-261-0222

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Asmara, Inc.___
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

M. Abid Ilahi    Date ▶ May 16, 1999

Handwritten signature (X) ▼

Mail
certificate
to:

Name ▼
   M. Abid Ilahi    C/O Asmara, Inc.

Number/Street/Apt ▼
   451 D Street

City/State/ZIP ▼
   Boston, Ma. 02210

certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41



home | pay | register | sign in | services | site map | help

| Browse | Search | Sell | My eBay | Community | Powered By IBM |

← Back to list of items     Listed in category: Antiques > Rugs, Carpets > Medium (4x2-9x6)

## ASMARA FERNCROFT NEEDLEPOINT RUG 8 x 10 green white

Item number: 3743771553

**Bidder or seller of this item?** Sign in for your status

° **Watch this item** in My eBay



↓ Go to larger picture

| | |
|---|---|
| Current bid: | **US $34.33** |
| | Place Bid > |
| Time left: | **7 days 11 hours** 10-day listing Ends Sep-01-04 18:00:00 PDT Add to Calendar |
| Start time: | Aug-22-04 18:00:00 PDT |
| History: | 3 bids   (US $9.99 starting bid) |
| High bidder: | User ID kept private |
| Item location: | USA United States |
| Ships to: | United States, Canada |

↓ Shipping and payment details

### Seller information

luxurydesign  ( 1884 ★ )

Power Seller

Feedback Score: 1884
**Positive Feedback: 99.6%**
Member since Feb-03-99 in
United States

Read feedback comments

Ask seller a question

View seller's other items

**Visit this seller's eBay Store!**
**FRENCH RUGS**

**PayPal Buyer Protection**
Free coverage up to $500.
See eligibility

## Description (revised)

*Item Specifics - Rugs*

Age:     **2000-Now**
Shape: **Rectangle**
Size:    **8' x 10'**
Style:   **European**

Background Color: **Off-Whites, Ivory**
Material:          **Wool**
Condition:        **New**

# ASMARA FERNCROFT NEEDLEPOIN
## RUG  8 x 10 green white







Get simple, reliable, and affordable image hosting with Vendio today!

This pattern is called Ferncroft, as sold by Asmara. If purchased
through your decorator, you would expect to pay $8000 for this r

Hand stitched from 100% wool on cotton. Needlepoints are
frequently featured in layouts in Architectural Digest, Country Liv
and House Beautiful. A work of art in every sense, it will last a

lifetime.

Bid with confidence. I have been selling on ebay since 1999. I am proud to be designated an EBAY POWER SELLER. My goal is to m this a smooth transaction.

Previous buyers have been very complimentary:

"AAA+ Very easy to work with, high quality product,very professional. Excellent!"...

"Shopped high end stores-this rug best I've seen, beautiful design"....

"Beautiful, even better than described! Friendly person, great ebayer, fast shipp "

"Beautiful colors. Seller contacted to verify address & sent out promptly.SUPERB! "

AUCTION TERMS AND SHIPPING FEE: Winning bidder will pay 95.00 for insured shipping to any continental USA address. Payme is due within 3 days of the end of the auction or the sale is void the item may be relisted without notice. I accept payments throu Western Union Auction Payments and Paypal. Also, buyer may Fed or ExpressMail a money order or personal check but it must be received within the 3 day time limit or the sale may be declared void.

Most rugs that I list on eBay can be custom made and listed for in standard sizes from 6 x 9 to 10 x 14 [needlepoint or aubusson weave]. My company's photo album of over 400 patterns includes

antique French Aubusson designs and today's contemporary all over styles.  We also carry the designer patterns you have seen elsewhere at $100 a square foot...for a fraction of that price! So my eBay store listings of custom made rugs for further details. Fe free to email or call Monday-Saturday 9 to 5pm [603]560-0053 w questions about any listing.

Pay for this auction online with the BidPay ᔆᴹ service.



Unlimited FREE image hosting (including supersized) with Vendio Sales Manager.

Make your listi FREE Vendio c



**Listing automation and FREE scheduled listings by Vendio. FREE TRIAL!**

This auction has been viewed **611** times.

Free counters provided by Vendio

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&category=37980&item=3743771553&r...    8/25/2004



Category: All C... > Antiques > Rugs, Carpets > [Select Category ▼]

**YELLOW NEEDLEPOINT RUG 4 X 6 PINK GREEN FLORAL**
Current Bid: $51.00   Ending: 1d, 12h   Bids: 6
Click here to see all of my other listings

## vendio
### Sell more with every listing. Get Vendio Gallery today!



## See More Great Items From This Seller






PINK & GREEN ROSECLIFF NEEDLEPOINT RUG 9 x 12

ASMARA ROSECLIFF NEEDLEPOINT RUG 9 x 12

PALE IVORY PINK & BLUE NEEDLEPOINT RUG 8 X 10

BLUE PINK CREAM MIXED STITCH NEEDLEPOINT RUG 9 X 12

**US $1,450.00**
Buy It Now

**US $3,600.00**
Buy It Now

**US $305.00**
Bid Now

**US $305.00**
Bid Now

Visit this seller's eBay Store

## Shipping and payment details

Shipping and handling:   Check item description and payment
instructions or contact seller for details.

Will ship to United States, Canada

## Payment methods accepted



• Personal check
• Money order/Cashiers check
• Other - See Payment Instructions for payment methods accepted
Learn about payment methods.

## Ready to bid?                                                                    help

ASMARA FERNCROFT NEEDLEPOINT RUG 8 x 10 green white

Current Bid:        US $34.33

Your maximum bid:   **US $** [          ]   (Enter **US $35.33** or more)

[ Place Bid > ]   You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

This is a private auction. Your identity will not be disclosed to anyone except for the seller.

## What else can you do?

← Back to list of items  |  Ask seller a question  |  Email this item to a friend  |  Printer friendly page  | ↑

| | | |
|---|---|---|
|  |  |  |
| Chantilly: Shown as an 8 x 10 Aubusson Weave rug, this can be ordered as a Needlepoint Rug and in all standard sizes. This color palette contains caramel, light taupe, light blue, pink and raspberry. | Cherubs Aubusson: Shown as an 8 x 10 Aubusson Weave rug, this can be ordered as a Needlepoint Rug and in all standard sizes. This color palette contains caramel, light taupe, dark green, dark teal, dark blue, golden khaki and cocoa. The design is a reproduction of a Gobelins Tapestry. | Ivory with Ferns: Shown as an 8 x : needlepoint rug, t can be ordered as Aubusson Weave in all standard siz Colors include: medium green, da green, grayed ivo light taupe, and cocoa. |
|  |  |  |
| Ferns and Roses: Shown as an 8 x 10 needlepoint rug, this can be ordered as an Aubusson Weave and in all standard sizes. Colors include: medium green, dark green, grayed ivory, pale yellow, pale pink, light blue, light taupe, and cocoa. | Aubusson Jardin: Shown as an 8 x 10 Aubusson Weave rug, this can be ordered as a Needlepoint Rug and in all standard sizes. This color palette contains caramel, light taupe, green, light blue, ivory, golden khaki and cocoa. | Tissage Rose: Sho as an 8 x 10 Aubusson Weave this can be ordere a Needlepoint Rug and in all standar sizes. This color palette contains caramel, green, li violet blue, pale p medium pink, gol khaki and grayed green. |
| | | |





Design #1723BG



STATES COPYRIGHT

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America



**VA 569—871**

EFFECTIVE DA    AF REGISTRATION

**JAN 1 5 2003**

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**Title of This Work ▼**

1723 BG (Unpublished version)

**NATURE OF THIS WORK ▼** See instructions

Carpet design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give. **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Anonymous

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?   ☑ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

Asmara, Inc.

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
1994    Year
This information must be given ONLY in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month    Day    Year    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Asmara, Inc.
88 Black Falcon Avenue, Suite 188
Boston, MA 02210

APPLICATION RECEIVED
JAN 1 5 2003
ONE DEPOSIT RECEIVED
JAN 1 5 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

Assignment

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of .    pages

FORM VA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

1723 BG (Published version)

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Additional original border design.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼          **Account Number** ▼

Cleary & Komen, LLP          DA: 74497

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Edwin Komen, Cleary & Komen, LLP
600 Pennsylvania Avenue, S.E., Suite 200
Washington, D.C. 20003-4344

Area code and daytime telephone number  ( 202 ) 675-4700          Fax number  ( 202 ) 675-4716

Email  ckomen@cleary-komen.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Asmara, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Edwin Komen                                        Date  1/11/05

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Cleary & Komen, LLP

Number/Street/Apt ▼
600 Pennsylvania Avenue, S.E., Suite 200

City/State/ZIP ▼
Washington, D.C. 20003-4344

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev  June 2002—30,000    Web Rev June 2002    ♻ Printed on recycled paper

U.S. Government Printing Office 2000-461-113/30,021

  

| | | |
|---|---|---|
| Butterfly Bamboo: Shown as an 8 x 10 Aubusson Weave rug, this can be ordered as a Needlepoint Rug and in all standard sizes. This color palette contains caramel, green, pale beige, pale pink, medium pink, golden khaki and grayed green. | Lizette: Shown as a 10x 14 Aubusson Weave rug, this can be ordered as a Needlepoint Rug and in all standard sizes. This color palette contains caramel, light taupe, rose, light pink, medium green and gold. | The Drake: Shown an 8 x 10 Aubusson Weave rug, this ca be ordered as a Needlepoint Rug a in all standard size This color palette contains caramel, green, light blue, deep red, golden khaki and cocoa. |

  

| | | |
|---|---|---|
| Framboise: Shown as an 8 x 10 needlepoint rug, this can be ordered as an Aubusson Weave and in all standard sizes. Colors include: medium green, dark green, grayed ivory, yellow green, rapsberry pink and cocoa. | Marie: Shown as a 4 x 6 needlepoint rug, this can be ordered as an Aubusson Weave and in all standard sizes. Colors include: medium green, dark green, grayed ivory, caramel, black, light blue, pale pink, light taupe, and cocoa. | Woodland Rabbit: Shown as a 10 x needlepoint rug, t can be ordered as Aubusson Weave in all standard size Colors include: medium green, da green, golden caramel, black, te blue, and cocoa. |



