AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Asmara, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Wendy Hutchinson d/b/a
In the French Manor a/k/a
French Rugs

CASE NUMBER:

## 05  11592 REK

TO: (Name and address of Defendant)

    Wendy Hutchinson d/b/a In The French Manor
       a/k/a/ French Rugs
    41a North Meadows Road #177
    Medfield, MA 02052

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Amy C. Mainelli, Esq.
    Kotin, Crabtree & Strong, LLP
    One Bowdoin Square
    Boston, Massachusetts  02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

JUL 29 2005

CLERK                                                                  DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 20th 2005 |
| NAME OF SERVER (PRINT) Thomas L Savage | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the ~~~~~~ defendant. Place where served: 9 Drake Circle, Walpole, Mass. In hand to Wendy Valenti nee Hutchinson

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-2005
             Date                Signature of Server

427 Neck St, Weymouth, Mass
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.