UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WENDY HUTCHINSON d/b/a <br> IN THE FRENCH MANOR a/k/a, <br> FRENCH RUGS, <br> Defendant. | Civil Action No. 05-11592 REK |

**DEMAND FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Asmara, Inc. ("Asmara") hereby demands that default be entered against defendant Wendy Hutchinson d/b/a In the French Manor a/k/a French Rugs, said defendant having been properly served with process in hand on August 20, 2005, at her usual place of abode, and having failed to answer the Complaint within the time period set by rule.

Respectfully submitted,

Date:   October 3, 2005

ASMARA, INC.
Plaintiff,

By its attorneys,

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts  02114
Tel: (617) 227-7031
Fax: (617) 367-2988

## Certificate of Service

    I, Amy C. Mainelli, hereby certify that I have this day served the foregoing document by first class mail upon the defendant in this action.

Date:  October 3, 2005                                                  /s/ Amy C. Mainelli
                                                                                    Amy C. Mainelli