UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Asmara, Inc.
          Plaintiff

V.

Wendy Hutchinson
          Defendant

CIVIL ACTION

NO. 05-11592-REK

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Asmara, Inc.__ for an order of Default for failure of the Defendant, __Wendy Hutchinson__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __4th__ day of __October__, __2005__.

SARAH THORNTON, CLERK

By: /s/ Karen Folan
Deputy Clerk

Notice mailed to:
Wendy Hutchinson
41a North Meadows Road #177
Medfield, MA 02052