UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11592-WGY

ASMARA
Plaintiff

v.

HUTCHINSON
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

    For failure of the plaintiff to file a motion for default judgment as of June 16, 2006 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

June 16, 2006

To: All Counsel